Edward J. Maney, Trustee, Bar #12256
P.O. Box 10434
Phoenix, Arizona 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| CLAUD WAYNE DORY | ) | Case No. 07-06621-PHX-GBN |
| | ) | |
| CHERI LYNN DORY | ) | |
| | ) | TRUSTEE'S MOTION TO DISMISS |
| _____Debtor (s)_____ | ) | |

COMES NOW Edward J. Maney, Trustee in the above-captioned Chapter 13 Proceeding and states that the debtor(s) is/are in default under the terms of their Chapter 13 Plan. Plan payments are 4+ months delinquent and no showing has been made of any just cause for the default.

        Total delinquency as of this date:    $3,470.00
        The next scheduled payment is due:    SEPTEMBER 07, 2009

The Trustee will lodge an order dismissing this case if the debtor(s) fail to meet one of the following requirements:

1. All Plan payments must be current by SEPTEMBER 30, 2009.
2. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.
3. The debtor(s) file a Motion for a Moratorium of Plan Payments with the Court and serve a copy on the Trustee.

Dated: [see electronic signature]

        _____
        Edward J. Maney, Trustee

CERTIFICATE OF MAILING FOR CASE NO. 07-06621
Copies of the foregoing mailed (see electronic signature below) to the following:

Mark R. Atchley, Esq.
c/o Atchley & Delgado
1819 E. Southern Ave., Suite A-10
Mesa, AZ 85204-
Attorney for Debtor

CLAUD WAYNE DORY
1200 E. CEDAR LN.
PAYSON, AZ 85541
Debtor

CHERI LYNN DORY
1200 E. CEDAR LN.
PAYSON, AZ 85541
Co-Debtor

        _____
        Trustee's Clerk